A. Dean Bennett, ISB #7735
Zachery J. McCraney, ISB #11552
HOLLAND & HART LLP
800 West Main St., Suite 1750
P.O. Box 2527
Boise, ID 83702-7714
Telephone:  (208) 342-5000
Facsimile:  (208) 343-8869
Email: adbennett@hollandhart.com
zjmccraney@hollandhart.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DR. MICHAEL HAJJAR, MD, an individual, DR. THOMAS MANNING, MD, PhD, an individual, and NS SUPPORT, L.L.C. d/b/a Neuroscience Associates,<br><br>Plaintiffs,<br><br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD, CLINICAL NEUROSCIENCE MANAGEMENT, PC, d/b/a Northwest Neurosurgery Associates, DR. KENNETH LITTLE, MD, an individual,<br><br>Defendants. | Case No.  1:23-cv-00367-AKB<br><br>**STIPULATION AND MOTION TO EXTEND DEADLINE FOR DEFENDANT CLINICAL NEUROSCIENCE MANAGEMENT PC TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

COME NOW, Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, and stipulate and move the Court as follows pursuant to Local Rule 6.1:

WHEREAS, Defendants have not been granted any extensions of time in this action;

WHEREAS, good cause exists because the requested extension will enable Defendant Clinical Neuroscience Management PC ("Northwest Neurosurgery Associates") to respond to the

First Amended Complaint at the same time as the other Defendants who waived service, which will allow coordinated filing dates to facilitate an orderly response to the First Amended Complaint;

NOW THEREFORE, the Parties stipulate and request the Court to extend the time that Defendant Northwest Neurosurgery Associates has to respond to Plaintiffs' First Amended Complaint to January 8, 2024.

DATED this 20th day of November, 2023.

> HOLLAND & HART LLP
>
> By   /s/ A. Dean Bennett
> A. Dean Bennett, of the firm
> Attorneys for Defendants

DATED this 20th day of November, 2023.

> DUKE EVETT, PLLC
>
> By   /s/ Molly E. Mitchell
> Keeley E. Duke
> Molly E. Mitchell
> Attorneys for Plaintiff

30909617_v1