UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DR. MICHAEL HAJJAR, MD, an individual; DR. THOMAS MANNING, MD, PhD, an individual; and NS SUPPORT, L.L.C. d/b/a Neuroscience Associates,<br><br>      Plaintiffs,<br><br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD; CLINICAL NEUROSCIENCE MANAGEMENT, PC, d/b/a Northwest Neurosurgery Associates; DR. KENNETH LITTLE, MD, an individual,<br><br>      Defendants. | Case No.  1:23-cv-00367-AKB<br><br>**ORDER GRANTING STIPULATION AND MOTION TO EXTEND DEADLINE FOR DEFENDANT CLINICAL NEUROSCIENCE MANAGEMENT PC TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

  THIS MATTER, having come before the Court on the parties' Stipulation and Motion to Extend Deadline for Defendant Clinical Neuroscience Management PC to Respond to Plaintiffs' First Amended Complaint (Dkt. 6) ("Stipulation"), and for good cause being shown,

  IT IS HEREBY ORDERED that:

  1. The parties' Stipulation (Dkt 6) is GRANTED;

  2. Defendant Clinical Neuroscience Management PC s' Response to Plaintiffs' First Amended Complaint is due no later than **January 8, 2024**.

DATED: November 22, 2023

_Amanda K. Brailsford_
Amanda K. Brailsford
U.S. District Court Judge