A. Dean Bennett, ISB #7735
Zachery J. McCraney, ISB #11552
HOLLAND & HART LLP
800 West Main St., Suite 1750
P.O. Box 2527
Boise, ID 83702-7714
Telephone:  (208) 342-5000
Facsimile:   (208) 343-8869
Email: adbennett@hollandhart.com
          zjmccraney@hollandhart.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DR. MICHAEL HAJJAR, MD, an individual, DR. THOMAS MANNING, MD, PhD, an individual, and NS SUPPORT, L.L.C. d/b/a Neuroscience Associates,<br><br>Plaintiffs,<br><br>v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD, CLINICAL NEUROSCIENCE MANAGEMENT, PC, d/b/a Northwest Neurosurgery Associates, DR. KENNETH LITTLE, MD, an individual,<br><br>Defendants. | Case No.  1:23-cv-00367-AKB<br><br>**MOTION TO DISMISS** |

Defendants St. Luke's Health System, Ltd ("St. Luke's"), Clinical Neuroscience Management, PC, d/b/a Northwest Neurosurgery Associates ("Northwest"), and Dr. Kenneth Little, MD (collectively, "Defendants"), by and through their counsel of record, Holland & Hart, LLP, respectfully submit this Motion to Dismiss.  This Motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(6).  Defendants submit concurrently herewith a Memorandum in Support.

MOTION TO DISMISS - 1

DATED this 8th day of January, 2024.

                                    HOLLAND & HART LLP

                                    By    /s/ A. Dean Bennett
                                         A. Dean Bennett
                                         Zachery J. McCraney

                                    Attorneys for Defendants

31144005_v1

MOTION TO DISMISS - 2